# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT THOMAS,

    **Petitioner,**

v.                                                                        **Civil Action No. 2:09cv134**

KUMA DEBOO,

    **Respondent.**

## ORDER

It will be recalled that on March 8, 2010, Magistrate Judge David J. Joel filed his Report and Recommendation, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within fourteen (14) days after being served with a copy of the Report and Recommendation. Petitioner filed his objections on March 26, 2010.

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Petitioner in his Petition for Writ of Habeas Corpus, filed pursuant §2241, wherein Petitioner seeks credit on his federal sentence for time served in state custody, were thoroughly considered by Magistrate Judge Joel in his Report and Recommendation. Upon review of the Petitioner's objections, the Court finds that the Petitioner has not raised any issues that were not already throughly considered and addressed by the Magistrate Judge in his Report and Recommendation. Moreover, the Court, upon an independent de novo consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. More specifically, the Court finds that the BOP properly set November 19, 2008, the date he was released on parole from the State of Illinois, as the Petitioner's federal sentence commencement date, and that the BOP

did not abuse its discretion in rejecting the Petitioner's request for a *nunc pro tunc* designation as is it properly exercised its own judgment by weighing the appropriate factors. Therefore, it is

   **ORDERED** that Magistrate Judge Joel's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that the Respondent's Motion to Dismiss or in the Alternative, Motion for Summary Judgment (Docket No. 12) shall be, and the same hereby is, **GRANTED**. It is further

**ORDERED** that the Petitioner's §2241 habeas corpus petition shall be, and the same hereby is, **DENIED**. It is further

**ORDERED** that the above-styled action shall be **DISMISSED with prejudice** and **STRICKEN** from the docket of this Court. It is further

**ORDERED** that the Clerk shall enter judgment for the Respondent. It is further

**ORDERED** that, if a party should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed <u>in forma pauperis</u> from the United States Court of Appeals for the Fourth Circuit.

**ENTER**: April __8__, 2010

                                                    **/s/ Robert E. Maxwell**
                                                      United States District Judge